# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 06, 2023

Mr. Justin L. Bell
MAY & ADAM
503 S. Pierre Street
P.O. Box 160
Pierre, SD  57501-0160

RE:  22-1787  United States v. Larry Rederick

Dear Counsel:

The above-referenced case is scheduled for oral argument on February 16, 2023.  The court has further reviewed the matter and determined that the case can be submitted on the briefs and record without oral argument.

You will not need to appear before this Court on the date planned.  Rather the case will be submitted to the panel on February 16, 2023.

Please contact me if you have any questions concerning this matter.

Jeanette M. McKee
Calendar Coordinator

cc:	Mr. Mark A. Hodges
	Mr. Larry Dean Rederick

District Court/Agency Case Number(s):   4:20-cr-40066-KES-1